IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA   )
                           )    CRIMINAL ACTION NO.
     v.                    )        1:14cr308-MHT
                           )            (WO)
NINA MARIE PRESTON         )
```

ORDER

Upon consideration of the probation department's petition for early termination of defendant Nina Marie Preston's term of probation (doc. no. 42) and the included memorandum describing her compliance with all terms of supervised release, including completion of 100 hours of community service, her ongoing employment at two jobs, and her full cooperation during her supervision, and based on the court's understanding that the government does not oppose the petition, it is ORDERED that:

(1) The petition is granted.

(2) Defendant Nina Marie Preston's term of probation is terminated effective immediately, and she

is discharged.

DONE, this the 1st day of February, 2017.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**